PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Bradley J Stamper**                                             Case Number: **1:01CR00055**

Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
                                        **United States Senior District Judge**

Date of Original Sentence: **March 6, 2002**

Original Offense: **Attempt to Possess Marijuana with Intent to Distribute**

Original Sentence: **12 month(s) prison, 24 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**        Date Supervision Commenced: **April 18, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1<br>Failure to pay fine | On March 6, 2002, the Court ordered Mr. Stamper to pay a $100 special assessment fee and a $2000.00 fine. To date, he has only paid $315.00. |

U.S. Probation Officer Action:

On March 6, 2002, Mr. Stamper was sentenced to 12 months imprisonment followed by two years supervised release after having been charged with Attempt to Possess with Intent to Distribute Marijuana. Upon his release from prison, Stamper was ordered to participate in substance abuse and mental health treatment at the direction of the probation officer, not to consume any alcohol, and pay a $2,000 fine and $100 special assessment fee.

Since being on supervision, Mr. Stamper completed treatment and all urinalysis have been negative. During the first year of his supervision, Mr. Stamper was unemployed and began having serious health problems. He was hospitalized for several weeks at the VA Hospital in Cincinnati and was diagnosed with congestive heart failure and cirrhosis of the liver from previous alcohol use. As a result, in February 2004, he was approved for social security and began receiving a minimal income. To date, Mr. Stamper has only paid $215 toward his fine, and his special assessment fee has been paid in full. Mr. Stamper hopes to have his fine paid off prior to his expiration date of April 17, 2005. As a result, this officer is notifying the United States Attorney's Office that Mr. Stamper's fine may not be paid in full prior to his termination date.

At this time, it is respectfully recommended that the Court allow Mr. Stamper to terminate from supervision as scheduled on April 17, 2005 despite his fine not being paid in full.

PROB 12A
(12/98)

2

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]* | by | *[signature]* |
|  | Darla J. Huffman |  | John C. Cole |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date:  February 1, 2005 |  | Date: 2-1-05 |

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

2/2/05
Date